
RECEIVED
JAN 3 1 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Douglas E. Arpert** |
| | : | |
| | : | **Mag. No. 12-2591** |
| **v.** | : | |
| | : | |
| **JOSEPH ROMANO** | : | <u>**ORDER FOR CONTINUANCE**</u> |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Joseph Romano (by Paul Bender, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through November 15, 2013, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and four prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea discussions have commenced and both the defendant and the United States seek additional time to determine whether this matter can be resolved without a trial;

2. Defendant has consented to the aforementioned continuance;

3.   The grant of a continuance will likely conserve judicial resources; and

4.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends

of justice served by granting the continuance outweigh the best interests of

the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this ___31st___ day of January, 2014,

**ORDERED** that the proceedings scheduled in the above-captioned matter are

continued from the date of this order through February 28, 2014;

**IT IS FURTHER ORDERED** that the period from the date of this order through

February 28, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
Paul Bender, Esq.
Counsel for Defendant

_____
Nicholas P. Grippo
Assistant United States Attorney

Approved by:

_____
Harvey Bartle
Attorney-in-Charge
Trenton Office